Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 01 2017

David J. Bradley, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.
Roberto MARTINEZ Jr.

Case Number: C-17-98M

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Bayron Daniel ORTIZ-Avila**

This material witness is a citizen of Honduras who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

Sworn to before me and signed in my presence, and probable cause found on the:

Jorge A. Muñoz Border Patrol Agent
U.S. Border Patrol

**1st** day of **February**, 2017

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby